United States District Court
District of New Jersey

Walder, Hayden & Brogan
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992-5300
Attorneys for Joseph A. Ferriero

United States of America

v.

Dennis J. Oury and Joseph A. Ferriero

Criminal No. 08-616 (SRC)

BAIL MODIFICATION ORDER

THIS MATTER HAVING been opened to the Court by Walder, Hayden & Brogan P.A. (appearing by James A. Plaisted) and the United States Attorney Christopher J. Christie (appearing by Assistant United States Attorney, Rachael Honig, Esq.) having consented hereto and for good cause shown,

IT IS ON THIS 31 DAY OF Oct 2008, ORDERED THAT:

Joseph A. Ferriero's bail conditions shall be modified to permit routine travel by Mr. Ferriero to and throughout the State of Connecticut.

_____
Hon. Stanley R. Chesler, U.S.D.J.

Consent to the form of entry to this Order is hereby given.

Christopher J. Christie
United States Attorney

BY: _____
Rachael A. Honig, A.U.S.A.

U.S. Pretrial Services

BY: _____
Heather Maloney,
Pretrial Services Officer

Walder, Hayden & Brogan, P.A.

By: _____
James A. Plaisted, Esq.