## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Stanley R. Chesler |
| v. | : | Criminal No. 08-616 (SRC) |
| JOSEPH A. FERRIERO | : | |

### PROTECTIVE ORDER

The United States, by and through its attorneys, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, Thomas Calcagni, Joshua Drew, and Rachael Honig, Assistant U.S. Attorneys, has moved this Court, under Federal Rule of Criminal Procedure 16(d)(1) and the Court's inherent power to protect the sound administration of justice, for a protective order to limit the disclosure of certain mortgage loan documents (the "investigative materials") to the defendant, his attorneys, and others assisting in the defendant's legal representation and defense in the trial of the above-captioned matter, as these materials contain sensitive and confidential information and pertain to an ongoing investigation.

The Court having considered the Government's application, and the defendant having no objection, and for good cause shown:

IT IS on this _7_ day of October, 2009,

ORDERED that the application of the United States for a protective order is GRANTED, limiting disclosure of the investigative materials to the defendant, his attorneys, and others assisting in the defendant's legal representation and defense for use in connection with the defendant's legal representation and defense in the trial of the above-captioned matter, and

prohibiting those persons from revealing the investigative materials and their contents to any other persons.

                                                            HONORABLE STANLEY R. CHESLER
                                                            United States District Judge